ABRAHAM SCHEMEL, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant. (Action No. 1.) — Action to recover benefits payable on account of total and permanent disability under a policy of life insurance. Judgment of the City Court of Yonkers, and order denying defendant's motion to set aside the verdict and for a new trial, reversed on the facts and a new trial ordered, with costs to appellant to abide the event, upon the ground that the determination of the jury is against the weight of the evidence. Lazansky, P. J., Hagarty, Taylor and Close, JJ., concur; Johnston, J., dissents and votes to affirm the judgment and order appealed from.

## (November 10, 1939.)

EDMOND H. HENDRICKSON and Another, Appellants, v. THE COUNTY OF WESTCHESTER and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 797.] Question to be certified. Stay continued pending application to the Court of Appeals for a stay. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. Settle order on notice.

## (November 13, 1939.)

FRANCES GABRINOWITZ and Another, Plaintiffs, Respondents, and JOHN GABRINOWITZ, Plaintiff, v. BENJAMIN TEITELBAUM, Defendant, and A. KRASNE, INC., Defendant, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to MAURICE CHACHKES, an Attorney, Respondent.— Motion for an order directing the return of certain records and files. Motion granted. The papers will be delivered to Mr. Hertz, of counsel for respondent, his receipt therefor taken, and will be returned by him ten days before the commencement of the hearing. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to ELLIOTT COHEN, an Attorney, Respondent.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Johnston, Adel and Close, JJ.; Taylor, J., not voting.

GEORGE BUSCH and JOHN HILLIARD, Respondents, v. LOUIS F. LICHT, Appellant.— In an action for brokers' commissions for procuring the execution of a twenty-one-year lease of real property, judgment of the County Court of Nassau county in favor of plaintiffs, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ. [See 255 App. Div. 983.]

MATILDA J. HAMILL, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Action to recover the purchase price of certain bonds and mortgages sold by defendant to plaintiff. Order denying motion to vacate plaintiff's notice of examination before trial affirmed, with ten dollars costs and disbursements. Order denying motion for an order of resettlement and directing that the examination before trial proceed affirmed, without costs; examination to proceed upon five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.